UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| J. W., A. W. | § |
| | § |
| vs. | §   NO:   AU:21-CV-00722-RP |
| | § |
| Leander Independent School District, Leander Independent School District, A. W., J. W. | § |

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on February 23, 2022 at 09:10 AM .

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number: 888-363-4735

2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case.before they speak.

The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

**SIGNED** on 11th day of February, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE