IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| P.W., an individual with a disability, and J.W. and A.W., parents/guardians/next friends of P.W., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:21-CV-00722-DAE |
| LEANDER INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff P.W., an individual with a disability, and J.W. and A.W., parents/guardians/next friends of P.W. (Plaintiff), and Defendant Leander Independent School District (Leander ISD or the District) (collectively the Parties) file this Joint Stipulation of Dismissal with the Court.

1. The above-referenced civil action has been resolved. As a result, Plaintiff no longer wishes to pursue the litigation.

2. As such, the Parties respectfully file this Joint Stipulation of Dismissal reflecting the Parties' resolution and stipulating that this matter should dismissed with prejudice.

Respectfully submitted,

By: /s/Mark Whitburn
Mark Whitburn
State Bar No. 24042144

Whitburn & Pevsner, PLLC
2000 E. Lamar Boulevard, Suite 600
Arlington, Texas 76006
817.653.4547
817.653.4477 (facsimile)

mwhitburn@whitburnpevsner.com

ATTORNEY FOR PLAINTIFF


By:   /s/Kelly Janes
     Kelly Janes
     State Bar No. 24066069
     Jamie Turner
     State Bar No. 24044118
     D. Craig Wood
     State Bar No. 21888700

Kelly Janes
Jamie Turner
WALSH GALLEGOS KYLE ROBINSON & ROALSON P.C.
505 E. Huntland Dr., Suite 600
Austin, Texas 787    52
512.454.6854
512.467.9318 (facsimile)
kjanes@wabsa.com
jturner@wabsa.com

D. Craig Wood
WALSH GALLEGOS KYLE ROBINSON & ROALSON P.C.
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
210.979.6633
210.979.7024 (facsimile)
cwood@wabsa.com

ATTORNEYS FOR DEFENDANT LEANDER INDEPENDENT SCHOOL DISTRICT

2

**CERTIFICATE OF SERVICE**

On March 6, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Mark Whitburn
Whitburn & Pevsner, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006

/s/Kelly Janes
Kelly Janes