# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **J.W. and A.W., on behalf of themselves and as parents/guardians/next friends of P.W., a minor student with disabilities,** *Plaintiffs* <br> **v.** <br> **LEANDER INDEPENDENT SCHOOL DISTRICT,** *Defendant* | **Civil No. 1:21-CV-00722-SH** |

## FINAL JUDGMENT

On this date, the parties filed a Joint Stipulation of Dismissal (Dkt. 127). The Stipulation states that the action has been resolved and the parties request that the matter be dismissed with prejudice.

Pursuant to the Stipulation, the Court **HEREBY DISMISSES** this matter **WITH PREJUDICE**.

The Court **FURTHER ORDERS** that the Clerk of Court **CLOSE** this case.

**SIGNED** on March 6, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE